**Ross & Asmar LLC, Attorneys at Law**
499 Seventh Avenue
23rd Floor, South Tower
New York, NY  10018

| Invoice submitted to: |
|---|
| Mauricio Perez |

| Invoice Date |
|---|
| October 12, 2018 |

Professional Services

| | | Hours | |
|---|---|---|---|
| 5/29/2015 SR | Conference with client<br>Conference with client, research Defs, prelim investig, prelim calc damages | 1.50 | $600.00 |
| 6/2/2015 SR | Research<br>Research re Defs | 1.00 | $400.00 |
| 7/23/2015 ED | Draft<br>Draft Complaint | 0.35 | $105.00 |
| 7/26/2015 SR | Review<br>Review and revise complaint, analyze damages, | 1.40 | $560.00 |
| 7/27/2015 ED | Draft<br>Draft Complaint | 1.25 | $375.00 |
| 8/4/2015 ED | Revise<br>Revise and file initiating docs | 0.80 | $240.00 |
| 8/10/2015 ED | Draft<br>Draft Affidavits of Service | 0.50 | $125.00 |
| 8/11/2015 ED | File<br>File Service Affidavits | 0.25 | $75.00 |
| 2/14/2016 SR | Draft<br>review and revise disclosures | 1.50 | $600.00 |

Mauricio Perez                                                                                              Page     2

|            |    |                                                          | Hours |          |
|------------|----|----------------------------------------------------------|-------|----------|
| 2/15/2016  | ED | Draft<br>Draft Initial Disclosures                       | 0.32  | $95.00   |
| 2/23/2016  | ED | Court Appearance<br>Court Appearance Conf                | 1.20  | $360.00  |
|            | ED | Court Appearance<br>Court Appearance: Initial Conference | 0.50  | $150.00  |
| 4/14/2016  | ED | Draft<br>Draft Rule 26a Statement and Document Demand    | 1.00  | $300.00  |
|            | SR | Review<br>Review and revise R 26                         | 0.90  | $360.00  |
| 4/15/2016  | ED | Draft<br>Draft Interrogatories                           | 0.42  | $125.00  |
|            | ED | Preparation<br>Calculate damages                         | 1.18  | $355.00  |
|            | SR | Review<br>Review and revise damages and demands          | 1.00  | $400.00  |
| 5/18/2016  | ED | Review<br>Review Defendants' responses to demands        | 0.23  | $70.00   |
| 5/19/2016  | SR | Review<br>Review docs from Def and responses             | 0.80  | $320.00  |
| 6/16/2016  | ED | Draft<br>Draft and File Notice of Depositions            | 0.18  | $55.00   |
| 6/20/2016  | ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney: Conference Call | 0.50 | $150.00 |
| 6/21/2016  | SR | Draft<br>Draft corr re discovery                         | 0.80  | $280.00  |
| 6/28/2016  | ED | Draft<br>Draft corr to Court                             | 1.07  | $320.00  |
| 7/6/2016   | ED | Legal Research<br>Legal Research re Leave to Amend       | 0.45  | $135.00  |

Mauricio Perez                                                                                                      Page    3

|            |    |                                                              | Hours |          |
|------------|----|--------------------------------------------------------------|-------|----------|
| 7/7/2016   | SR | Conference with client<br>Conference with Ct                 | 0.40  | $160.00  |
|            | SR | Research<br>Research in Preparation for Ct Conf, re calc damages | 0.80  | $320.00  |
| 7/13/2016  | ED | Draft<br>Draft Amended Discovery Demands                     | 0.53  | $160.00  |
| 7/14/2016  | SR | Draft<br>Draft amended demands                               | 1.50  | $600.00  |
|            | SR | Draft<br>Draft demands (amended)                             | 0.60  | $240.00  |
| 7/15/2016  | ED | Draft<br>Draft Amended Complaint                             | 0.75  | $225.00  |
| 7/20/2016  | SR | Research<br>Research motion to amend                         | 1.00  | $400.00  |
| 7/21/2016  | SR | Draft<br>Draft motion to amend complaint                     | 2.00  | $800.00  |
|            | ED | Draft<br>Draft Motion to Amend Complaint and add party       | 1.35  | $405.00  |
| 11/30/2016 | ED | Review<br>Review decision on motion to amend answer          | 0.33  | $100.00  |
| 12/2/2016  | ED | File<br>File Amended Complaint                               | 0.17  | $50.00   |
| 1/5/2017   | ED | Review<br>Review Answer to Amended Complaint                 | 0.25  | $75.00   |
| 7/23/2017  | SR | Conference with client<br>Conference with client, conf ED re damages | 1.20  | $480.00  |
| 2/1/2018   | ED | Draft<br>Draft and file letter motion for conference         | 0.20  | $60.00   |

Mauricio Perez                                                                                                                                            Page      4

|  |  |  | Hours |  |
|---|---|---|---|---|
| 4/12/2018 | ED | Review<br>Review file before court appearance | 0.58 | $175.00 |
| 4/13/2018 | ED | Court Appearance<br>Teleconference | 0.52 | $155.00 |
| 5/11/2018 | ED | Court Appearance<br>Court Appearance: Teleconference | 0.52 | $155.00 |
| 6/1/2018 | ED | Review<br>Review Defendants' damage calculations | 0.67 | $200.00 |
| 6/2/2018 | SR | Review<br>Review and conf re damages and settle offer, conf client | 0.70 | $280.00 |
| 6/4/2018 | ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney | 0.20 | $60.00 |
|  | ED | Telephone call with opposing Attorn<br>Conference call with OC and Court | 0.17 | $50.00 |
| 6/15/2018 | ED | Telephone call with opposing Attorn<br>Teleconference with OC and Court | 0.13 | $40.00 |
| 6/22/2018 | ED | Draft<br>Draft and file status letter to the Court | 0.23 | $70.00 |
| 6/28/2018 | ED | Draft<br>Draft and file letter motion for adjournment | 0.25 | $75.00 |
| 7/6/2018 | ED | Telephone call with opposing Attorn<br>Telephone call with opposing Attorney | 0.17 | $50.00 |
|  | ED | Draft<br>Draft and file status letter | 0.17 | $50.00 |
| 7/13/2018 | ED | Draft<br>Draft Settlement Agreement | 1.43 | $430.00 |
|  | ED | Draft<br>Draft and file status letter | 0.30 | $90.00 |
| 8/30/2018 | ED | Court Appearance<br>Court Appearance: Status Conference + travel | 1.50 | $450.00 |

Mauricio Perez                                                                                                    Page    5

|               |    |                                              | Hours |            |
|---------------|----|----------------------------------------------|-------|------------|
| 9/21/2018     | ED | Draft<br>Draft and file letter motion for extension | 0.20 | $60.00  |
|               | ED | Draft<br>Draft Fairness letter and Cheeks materials | 0.57 | $170.00 |
|               | SR | Review<br>Review and revise fairness corr    | 0.40  | $160.00    |
| 10/10/2018    | ED | Draft<br>Draft Fairness letter and Cheeks materials | 0.70 | $210.00 |

|                                   |        |            |
|-----------------------------------|--------|------------|
| For professional services rendered | 39.59 | $13,560.00 |

Additional Charges :

|             |    |                           | Qty/Price |
|-------------|----|---------------------------|-----------|
| 8/4/2015    | ED | Filing Fee<br>Complaint   | 1<br>400.00 |
| 8/10/2015   | ED | Service Fee<br>Service Fee | 1<br>85.00 |

| Total additional charges |  $485.00 |
|--------------------------|----------|
| Total amount of this bill | $14,045.00 |
| Balance due              | $14,045.00 |